```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
                                    :
UNITED STATES OF AMERICA            :
                                    :   12 CR. 171 (JPO)
        -against-                   :   ORDER
                                    :
EVA GATEVA                          :
                                    :
        Defendant                   :
                                    :
-----------------------------------X
```

J. PAUL OETKEN, United States District Judge:

ORDERED that the defendant's bail be modified to include a condition of mental health treatment.

Dated: New York, New York
~~May 18, 2012~~
May 21, 2012

SO ORDERED

_____
J. PAUL OETKEN
United States District Judge